GEORGE W. LOGAN, APPELLANT, v. MAYOR, ETC., OF TOWN OF BOONTON, RESPONDENT.

Submitted December 6, 1915—Decided March 6, 1916.

On appeal from the Supreme Court, whose opinion is reported in 87 *N. J. L.* 449.

For the appellant, *King & Vogt.*

For the respondent, *Claude Garrison* and *Charles E. Scribner.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, MINTURN, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ. 11.

*For reversal*—None.